

ACCEPTED
06-15-00013-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/20/2015 12:16:49 PM
DEBBIE AUTREY
CLERK

Brian W. Butcher\*
Thomas A. Herald
Charles M. Noteboom\*
Zak Presley
J. Mark Sudderth

November 20, 2015

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/20/2015 12:16:49 PM
DEBBIE AUTREY
Clerk

Court of Appeals
Sixth Appellate District
Texarkana, Texas

Re:    No.  06-15-00013-CV: *City National Bank of Sulphur Springs v. John Alexander Smith*
       Correction to Appellee's Agreed Second Motion to Extend Time to File Appellee's Brief

To the Honorable Court of Appeals:

The undersigned counsel for Appellee has discovered that Appellee's Agreed Second Motion to Extend Time to File Appellee's Brief, filed by the undersigned on November 19, 2015, contains an erroneous statement.   The dates in paragraph D on page 3 are incorrect.  The corrected paragraph should state:

D.    Counsel will return to Fort Worth the evening of Saturday, November 28.  Counsel will again be required to be out of the office on December 3 and 4 to attend a minor prove-up hearing in Sherman, Texas, and to take depositions in Dallas in a medical malpractice matter.

Counsel apologizes for the inadvertent misstatement, and respectfully requests, on behalf of Appellee, that Appellee's motion be deemed amended as set forth above.

Respectfully Submitted,

J. Mark Sudderth
Texas Bar. No. 19461500
NOTEBOOM – THE LAW FIRM
669 Airport Freeway, Suite 100
Hurst, Texas  76053
(817) 282-9700
(817) 282-8073 (facsimile)
Sudderth@Noteboom.com
Attorneys for Appellee,
John Alexander Smith

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the attached document been served upon all counsel record on the 20th of November, 2015, via e-service, to the attorneys of record for Appellant City National Bank of Sulphur Springs as follows:

John R. Mercy
Mercy, Carter, Tidwell, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
E-mail: jmercy@texarkanalawyers.com

Clay Johnson
Johnson Law Firm, P.C.
609 Gilmer Street
Sulphur Springs, Texas 75482
E-mail: clay@clayjohnsonlaw.coim

/s/ J. Mark Sudderth
J. Mark Sudderth